CHAUNCEY D. SMITH, APPELLANT, *v.* JOHN L. WILCOX, RESPONDENT.

*Trover — Measure of damages.*

This action was in trover, the defendant being charged with wrongfully taking and detaining the plaintiff's cow. The plaintiff claimed that the cow was dried up through the fault of the defendant while in his possession. Upon the trial a farmer, acquainted with the cow, was asked: "How much less is she worth, being dried up, than she would be if giving milk?" *Held*, that the question was proper.

APPEAL from a judgment of the County Court of Onondaga county, reversing a judgment of a Justice's Court in favor of the plaintiff.

*S. N. Holmes,* for the appellant.

*E. S. Butterfield,* for the respondent.

Opinion by MORGAN, J.

Present — MULLIN, P. J., SMITH and MORGAN, JJ.

Judgment of County Court reversed, and that of Justice affirmed.